UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NATALIE J. NIVENS,<br><br>    Defendant. | No. CR-08-178-LRS-5<br><br>ORDER MODIFYING<br>CONDITIONS OF RELEASE<br><br>☑  MOTIONS GRANTED<br>    **(Ct. Rec. 208 & 210)** |

At the June 10, 2009 status hearing, Defendant appeared with CJA counsel, Tim Trageser; Assistant U.S. Attorney Russ Smoot represented the United States. Defense counsel presented the Motion to Modify Conditions of Release (Ct. Rec. 208) and Motion to Shorten Time (Ct. Rec. 210), which motions were unopposed by the Government.

The court, having considered the unopposed proffer of Defendant, finds that defendant has completed a 30 day inpatient treatment program, and an intensive outpatient program is recommended.

Accordingly, the court grants the unopposed Motion to Modify Conditions of Release (Ct. Rec. 208) and Motion to Shorten Time (Ct. Rec. 210). The Order Setting Conditions of Release is modified to the limited extent of allowing defendant to reside with her mother, Ms. White. All other conditions of the court's Order dated May 21,

ORDER MODIFYING CONDITIONS
OF RELEASE - 1

2009 remain and shall constitute the additional conditions of Defendant's release.  Pretrial Services is authorized to determine if and when Ms. Niven may be away from home detention to attend school.

**IT IS SO ORDERED.**

DATED June 10, 2009.

S/ CYNTHIA IMBROGNO<br>UNITED STATES MAGISTRATE JUDGE

ORDER MODIFYING CONDITIONS
OF RELEASE - 2