```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,        )
                                 )   No. CR-08-178-LRS-5
                Plaintiff,       )
                                 )   ORDER SETTING STATUS HEARING
v.                               )   AND GRANTING ORAL MOTION TO
                                 )   MODIFY
NATALIE J. NIVENS,               )
                                 )
                Defendant.       )
                                 )
```

At the August 4, 2009, status hearing, Defendant was represented by counsel Timothy Trageser. Assistant U.S. Attorney Russell Smoot represented the United States.

**IT IS ORDERED** the Defendant's oral Motion to modify release conditions **(Ct. Rec. 295)** is **GRANTED** as follows:

1. Defendant may attend school with prior permission from the U.S. Probation Office, provided it does not conflict with counseling and/or treatment.

2. Defendant may travel to California. Details of travel shall be coordinated with the U.S. Probation Office.

**IT IS FURTHER ORDERED** a status hearing is set for **September 28, 2009, at 1:30 p.m.**, before the undersigned.

DATED August 5, 2009.

                              S/ CYNTHIA IMBROGNO
                          UNITED STATES MAGISTRATE JUDGE

ORDER SETTING STATUS HEARING AND GRANTING ORAL MOTION TO MODIFY - 1